# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COUNTY OF BUTLER,                :    No. 271 WAL 2017

                     :

            Respondent       :

                     :    Petition for Allowance of Appeal from

                     :    the Order of the Commonwealth Court

               v.               :

                     :

                     :

CENTURYLINK COMMUNICATIONS,    :
LLC, AND ALL SUBSIDIARIES AND    :
RELATED ENTITIES; THE UNITED    :
TELEPHONE COMPANY OF    :
PENNSYLVANIA LLC, AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; CONSOLIDATED    :
COMMUNICATIONS OF    :
PENNSYLVANIA, LLC, AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; CONSOLIDATED    :
COMMUNICATIONS ENTERPRISE    :
SERVICES, INC., AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; CORE COMMUNICATIONS,    :
INC., AND ALL SUBSIDIARIES AND    :
RELATED ENTITIES; INTERMEDIA    :
COMMUNICATIONS OF FLORIDA, INC.,    :
AND ALL SUBSIDIARIES AND RELATED    :
ENTITIES; VERIZON PENNSYLVANIA,    :
INC., AND ALL SUBSIDIARIES AND    :
RELATED ENTITIES; LEVEL 3    :
COMMUNICATIONS, LLC, AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; TELCOVE OF EASTERN    :
PENNSYLVANIA, AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; AT&T CORP., AND ALL    :
SUBSIDIARIES AND RELATED    :
ENTITIES; TELEPORT    :
COMMUNICATIONS AMERICA, LLC,    :
AND ALL SUBSIDIARIES AND RELATED    :
ENTITIES; US LEC OF PENNSYLVANIA,    :
LLC, AND   ALL SUBSIDIARIES AND    :

RELATED ENTITIES; BANDWIDTH.COM : 
CLEC, LLC, AND ALL SUBSIDIARIES : 
AND RELATED ENTITIES; COMCAST : 
PHONE OF PENNSYLVANIA, LLC, AND : 
ALL SUBSIDIARIES AND RELATED : 
ENTITIES; PEERLESS NETWORK OF : 
PENNSYLVANIA, LLC, AND ALL : 
SUBSIDIARIES AND RELATED : 
ENTITIES; AND ABC COMPANIES 1 : 
THROUGH 20, : 
                                    : 
               Petitioners : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> When the General Assembly plainly and unambiguously grants the right to enforce a statute to a particular Commonwealth agency, may a different plaintiff circumvent this legislative directive by attempting to enforce the statute through common-law damages claims?